IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

MAY 1 2 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**TYAS SHORT,**<br><br>*Defendant.* | Case No. **21 CR 146 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### SECOND-DEGREE MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, and 1153]

On or about April 7, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TYAS SHORT**, an Indian, with malice aforethought, did unlawfully kill Lane Crawley, by shooting him with a firearm, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

## COUNT TWO

### CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF
### TITLE 18 U.S.C. § 924(c) IN INDIAN COUNTRY
### [18 U.S.C. § 924(j)(1) and 2]

On or about April 7, 2019, within the Eastern District of Oklahoma, the defendant, **TYAS SHORT**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is: Second-Degree Murder in Indian Country, as alleged in Count One of this Indictment, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder,

as defined in Title 18 United States Code § 1111, in that the defendant, **TYAS SHORT**, did murder and unlawfully kill Lane Crawley with a firearm, in violation of Title 18, United States Code, Section 924(j)(1).

### COUNT THREE

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i),(ii), & (iii)]

On or about April 7, 2019, within the Eastern District of Oklahoma, the defendant, **TYAS SHORT**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is: Second-Degree Murder in Indian Country, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i),(ii), and (iii).

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*[signature]*

Alexander Gottfried, NY Bar # 5490024
Trial Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY