IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>TYAS SHORT,<br><br>*Defendant*. | Case No. CR-21-146-CBG |

## SECOND JOINT STATUS REPORT

The parties, by and through their counsel of record, Alexander Gottfried, Trial Attorney, U.S. Department of Justice, counsel for the United States, and Jerome Price, Assistant Federal Defender, counsel for Defendant Tyas Joseph Short, hereby submit the following Joint Status Report:

1. On June 1, 2021, the parties submitted their first Joint Status Report as required under the Court's May 24 scheduling order. *See* ECF Nos. 34, 47. In that Status Report, among other things, the parties noted that defense counsel had filed an unopposed motion to continue pretrial motions as well as the jury trial, then set for July 20, 2021. That motion was granted by the Court on June 8, and trial was reset for November 16, 2021. See ECF No. 38.[1] In an accompanying Scheduling Order, the Court requested that the parties submit another Status Report by June 15, 2021. *See* ECF No. 39.

2. Since the last Joint Status Report, the parties have continued to confer regarding discovery and trial preparation. As previously noted, the government transmitted a first production

---

[1] The Court also determined that the period of delay caused by the granting of the motion was excludable for the purposes of the Speedy Trial Act, on the basis that failure to grant a continuance would deny counsel the time reasonably necessary for effective preparation. 18 U.S.C. § 3161(h)(7).

of discovery to defense counsel on May 17, 2021, and anticipates that a second production will be made within the next week. The government continues to investigate the case, which may result in future productions of discovery. Any future productions will be made as soon as practicable, to allow defense counsel adequate time to review and prepare a defense. At this time, the parties do not anticipate making a second motion to continue the trial date and expect to be prepared to go forward at the November 2021 trial docket.

    3. As discussed in the previous Joint Status Report, the parties are flexible regarding the location of the trial and are prepared to go forward either in the Eastern District of Oklahoma, as currently set, or the Western District of Oklahoma, where the defendant resides. The majority of the expected witnesses at trial reside in Pittsburg County, Oklahoma.

Respectfully submitted,

DAVID JAFFE
Chief, Organized Crime and Gang Section
U.S. Department of Justice

Date: June 14, 2021

/s/ *Alexander Gottfried*
Alexander Gottfried
Trial Attorney
U.S. Department of Justice
Organized Crime and Gang Section
1301 New York Ave NW, Ste 700
Washington, DC 20005
(202) 615-1286
E-mail: Alexander.gottfried@usdoj.gov

Date: June 14, 2021

/s/ *Jerome Price*
JEROME PRICE, CA #282400
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
E-Mail: Jerome_Price@fd.org