IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>TYAS JOSEPH SHORT,<br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 6:21-CR-00146-CBG<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY**

COMES NOW Defendant Tyas Short, by and through his attorney of record, Assistant Federal Defender Jerome Price, and hereby provides notice of his intent to change his plea from not guilty to guilty pursuant to a written plea agreement with the United States. Mr. Short moves this Court to schedule a change of plea hearing on Thursday, February 24, 2022 at 11:00 a.m., or as soon thereafter as this matter may be heard.

Respectfully submitted,

OFFICE OF THE FEDERAL DEFENDER
Heather E. Williams, Federal Defender

Date: February 10, 2022

/s/ Jerome Price
JEROME PRICE, CA #282400
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
916-498-5700
jerome_price@fd.org

Attorneys for Defendant
TYAS SHORT

## CERTIFICATE OF SERVICE

I certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to each counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  None.

/s/   Jerome Price
JEROME PRICE, CA #282400
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, Third Floor
Sacramento, CA 95814
916-498-5700
jerome_price@fd.org