UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**DATE: FEBRUARY 11, 2022**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  CR-21-146-CBG |
| ) | |
| **TYAS JOSEPH SHORT,** ) | |
| ) | |
| **Defendant.** ) | |

**ENTER ORDER:**

Now before the Court is Defendant's Unopposed Motion to Set Change of Plea Hearing in Western District of Oklahoma (Doc. No 48.) Defendant's Motion is GRANTED. The change of plea hearing will be held in Courtroom 305 of the William J. Holloway Jr. United States Courthouse on February 24, 2022 at 11:00 a.m.

By direction of Judge Goodwin, we have entered the above enter order.

CARMELITA REEDER SHINN, CLERK

By: /s/ Jacob Buckle
Deputy Clerk