# COURTROOM MINUTE SHEET

DATE  02/24/2022

CASE NUMBER  CR-21-146-CBG

USA  -vs-  Tyas Short

COMMENCED  11:18     ENDED  12:10     TOTAL TIME  52 mins

PROCEEDINGS  Change of Plea

JUDGE  CHARLES B. GOODWIN     DEPUTY  JACOB BUCKLE     REPORTER  TRACY THOMPSON

PLF COUNSEL  Alexander Gottfried

DFT COUNSEL  Jerome Price , Jr., Hootan Baigmohammadi

PROBATION OFFICER  Ryan McClain

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Deft apprised of the charge against him and penalties of the same, waives reading of the Indictment, and pleads guilty to count 1 alleged in the Indictment. The Court defers acceptance of Plea Agreement pending PSR. Plea Supplement to remain sealed. The Court hears argument re Deft's presentence release and releases Deft on previously set bond and conditions.