# COURTROOM MINUTE SHEET

DATE  06/05/2023

CASE NUMBER  CR-21-146-CBG

USA  -vs-  Tyas Short

COMMENCED  01:42   ENDED  04:27   TOTAL TIME  2 hrs 45 mins

PROCEEDINGS  Sentencing

JUDGE  CHARLES B. GOODWIN   DEPUTY  JACOB BUCKLE   REPORTER  EMILY CRIPE

PLF COUNSEL  Alexander Gottfried

DFT COUNSEL  Jerome Price, Hootan Baigmohammadi

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

The Court hears argument re PSR from Govt and Deft, victim statements of B.C. and B.S., and argument re sentencing from Govt and Deft as well as personal statement of Deft and commits Deft to BOP for 168 months followed by 60 months supervised release in addition to ordering restitution of $5,754.28 and a special assessment fee of $100.00 due immediately. Deft advised of appeal rights and remanded to custody of USM.